[No. 16331-8-III.     Division Three.   May 7, 1998.]

Dennis G. Wuesthoff, et al., *Respondents*, v. William J. Rutter, et al., *Appellants*.

Appeal from a judgment of the Superior Court for Stevens County, No. 95-2-00138-4, Larry M. Kristianson, J., entered December 3, 1996. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Kurtz, J.


[No. 18997-6-II.     Division Two.   May 8, 1998.]

The State of Washington, *Respondent*, v. Paul K. Davies, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 94-1-00239-7, David R. Draper, J., entered December 13, 1994. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Armstrong, J.


[No. 20719-2-II.     Division Two.   May 8, 1998.]

*In the Matter of the Marriage of* Phillip T. Lawson, *Petitioner,* v. Nancy L. Lawson, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 95-3-00367-1, Terry D. Sebring, J., entered April 12, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Bridgewater, JJ.


[No. 20950-1-II.     Division Two.   May 8, 1998.]

Shorewood West Condominium Association, *Respondent*, v. The Christensen Group, Inc., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 87-2-01733-1, Thomas L. Lodge, J., entered July 18, 1996. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Armstrong, J.